IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

    Plaintiff,

vs.

MICHAEL MEEKS; BRIDGETTE
WAMPLER; HEATHER WAMPLER;
KATHERINE JUILIANA; KATHERINE
LOUISE PAVON; PHILLIP HUFFMAN;
KIMBERLY HUFFMAN, and ANDREW
STAPLETON,

    Defendants.

CIVIL ACTION NO.: CV504-101

## ORDER

Plaintiff has filed a Motion for Joinder of Individuals Previously Identified as Minors. (Doc. 13.) Plaintiff asserts that Heather Wampler, Katherine Louise Pavon, and Kimberly Huffman are now the age of majority, and asks that they be joined as individual defendants in this action, while retaining Bridgette Wampler, Katherine Juliana, and Phillip Huffman as defendants. Defendants have filed no response to the motion indicating no opposition thereto. See Local Rule 7.5. Plaintiff's unopposed motion is **GRANTED**.

SO ORDERED, this 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   5:04-cv-00101
Date Served:   May 4, 2005
Served By:     Nita S. Rose

Attorneys Served:

William H. Larsen, Esq.
C. Dorian Britt, Esq.
Brent J. Savage, Esq.

\_\_\_\_ Copy placed in Minutes

\_\_\_\_ Copy given to Judge

\_\_\_\_ Copy given to Magistrate