FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 26 P 12: 16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

    Plaintiff,

vs.

MICHAEL MEEKS; BRIDGETTE
WAMPLER; HEATHER WAMPLER;
KATHERINE JUILIANA; KATHERINE
LOUISE PAVON; PHILLIP HUFFMAN;
KIMBERLY HUFFMAN, and ANDREW
STAPLETON,

    Defendants.

CIVIL ACTION NO.: CV504-101

## ORDER

Defendants Bridgette Wampler, Katherine Juliana, and Phillip Huffman have filed a Motion to Compel responses to interrogatories (Doc. 22), and Plaintiff has filed a response thereto. Plaintiff primary objects to responding to the interrogatories because of its mistaken belief that the interrogatories were untimely submitted. While Plaintiff may be correct in the assertion that the interrogatories were served on May 19, 2005, and that discovery closed on May 30, 2005, its position that the interrogatories are untimely demonstrates a complete unfamiliarity with the rules and practices of this Court.[1] This Court's Local Rule 26.1(d)(i) clearly provides that written discovery is timely if it is <u>served</u> prior to the expiration of the discovery period, notwithstanding the prospect that answers may not be due until after the

---

[1] Because of this misconception, the Court need not address the assertion that there was no good faith effort to resolve the discovery dispute.

discovery period has elapsed.[2] While this rule may be different than the rules of the Northern District of Georgia and the Middle District of Georgia, it is, nevertheless, the rule in this Court. Counsel practicing in this Court shall familiarize themselves with our rules.

Defendants' Motion to Compel is **GRANTED**. Plaintiff shall provide full and complete responses to the interrogatories within twelve (12) days of the date of this Order.

**SO ORDERED**, this 26th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

---

[2] Local Rule 26.1(d)(i) states: "the parties shall serve all written discovery on opposing parties and shall complete all depositions within 140 days of the filing of the last answer of the defendants named in the original complaint."

2

AO 72A
(Rev. 8/82)